

Please reply to Melville, NY Office:
200 Broadhollow Road, Suite 207
Melville, NY 11747
Phone (631) 390-8365
Facsimile (305) 416-3190

New York
New Jersey
Miami
Fort Lauderdale
Bonita Springs
Boca Raton
West Palm Beach
Orlando
Tampa
Jacksonville

October 16, 2020

**VIA ECF ONLY**
United States Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Stason Sutton v. 765 9th Avenue Corporation and Covadonga Inc.
      Civil Action No.: 1:19-cv-4736
      File No.: 50237

Dear Judge Lehrburger:

     This law firm represents Defendants 765 9th Avenue Corporation and Covadonga Inc. in the above captioned ADA accessibility matter. As the Court is aware, this matter was stayed so as to allow Defendants the opportunity to make ADA compliant remediations to the subject premises. We write to update the Court concerning the status of the installation of a permanent ramp at the subject premises. As indicated, Defendant Covadonga Inc. accepted a contractor's bid to perform the aforementioned installation. As indicated, as a result of the COVID-19 pandemic, Governor Cuomo banned all nonessential construction, which delayed the aforementioned ramp installation. The aforementioned ban of all nonessential construction has since been lifted. The Contractor recently indicated that the installation of the subject handicap ramp has been completed.

     Based on the aforementioned reasoning, this law firm will contact Plaintiff's counsel to coordinate an inspection of the premises so as to evaluate any potential remaining ADA violations. Assuming all ADA violations have been remediated, Defendants are hopeful that the parties can work together in furtherance of resolving this matter. Based on the aforementioned reasoning, in an effort to minimize legal fees in this matter, we request that the current stay remain in place. We will continue to update the Court related to the status of the aforementioned inspection and any potential settlement negotiations. We are available to discuss this matter in further detail at the request of the Court.

     We thank the Court for its attention in this matter.

                                    Respectfully Submitted,

                                    *Robert C. Graves-Grimal*

                                    Robert C. Graves-Grimal, Esq.

cc:    Via CM/ECF
        PARKER HANSKI LLC
        *Attorneys for Plaintiff*