UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STASON SUTTON,

              Plaintiff,

- against -

765 9TH AVENUE CORPORATION, ET AL.,

              Defendants.

19-cv-4736 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant will provide its expert report by August 13, 2021. The plaintiff will provide a confidential settlement demand to the defendant by August 20, 2021. The case is stayed until August 20, 2021.

    The parties will complete all discovery by December 17, 2021. Dispositive motions are due January 7, 2022. The joint pre-trial order is due January 28, 2022 or 21 days after a disposition of any dispositive motion. The parties should be trial ready on 48 hours' notice, 14 days after submission of the joint pre-trial order.

    SO ORDERED.

Dated:    New York, New York
            July 22, 2021

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2021