UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STASON SUTTON,

              Plaintiff,

    - against -

765 9TH AVENUE CORP. and COVADONGA,
INC.,

              Defendants.

---

19-cv-4736 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court will hold another conference on **April 14, 2022**, at **3:30 p.m.** Counsel for the parties are directed to appear in-person in Court. The individual defendants are also directed to appear in-person if this case has not been resolved prior to the conference.

SO ORDERED.

Dated:    New York, New York
          March 31, 2022

                                John G. Koeltl
                      United States District Judge