| | | |
|---|---|---|
| New York<br>Jersey City<br>Philadelphia<br>Los Angeles<br>Miami<br>Fort Lauderdale | <br>**Please reply to Melville Office** | Bonita Springs<br>Boca Raton<br>West Palm Beach<br>Orlando<br>Tampa<br>Jacksonville |

April 14, 2022

**VIA ECF ONLY**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   **Stason Sutton v. 765 9th Avenue Corporation and Covadonga Inc.**
      **Civil Action No.: 1:19-cv-4736**
      **File No.: 50237**

Dear Judge Koeltl:

This law firm represents Defendants 765 9th Avenue Corporation and Covadonga Inc. (collectively referred to as "Defendants") in the above captioned ADA accessibility matter.

The Court scheduled a conference to take place on April 14, 2022 at 3:30 p.m. (ECF D.E. 67). Please be advised that the settlement agreement has been signed by all Defendants, and is in the process of being countersigned by Plaintiff. As such, the parties respectfully request that the Court adjourn today's conference, and extend the deadline for the parties to re-open this action until May 14, 2022, (1) to allow Plaintiff time to execute the agreement, (2) for Defendants to perform certain obligations under the settlement agreement, and (3) to enable the parties to timely file a stipulation of dismissal. Plaintiff's counsel has consented to said request.

We thank the Court for its attention in this matter.

Respectfully Submitted,

/s/ *Robert C. Graves-Grimal*

Robert C. Graves-Grimal, Esq.

cc:   All Counsel of Record (via ECF)

APPLICATION GRANTED
SO ORDERED
4/14/22
John G. Koeltl, U.S.D.J.